UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

THE COUNTRY NETWORK, LLC,      )
                               )
    Plaintiff              )
                               )
v.                             )
                               )
BILL JONES a/k/a               )
WILLIAM B. JONES, III,         )
                               )      No. 3:12-1007
    Defendant/Counter-Plaintiff )   Judge Nixon/Bryant
    and Third-Party Plaintiff )      **Jury Demand**
                               )
v.                             )
                               )
ARTISTS AND FANS NETWORK, LLC  )
d/b/a THE COUNTRY NETWORK,     )
                               )
    Third-Party Defendant  )

## O R D E R

      Pending in this case are a motion for extension of deadlines in case management order (Docket Entry No. 61) and Defendant Jones's amended motion for extension of deadlines in case management order (Docket Entry No. 64). For the reasons stated therein, the parties seek an extension of 60 days for all deadlines in the initial case management order (Docket Entry No. 35).

      This case has been set for trial before the Senior District Judge on January 3, 2014 (Docket Entry No. 35). The extensions of deadlines requested by these motions, if granted, would violate Local Rule 16.01(d)(2)f, which requires that there be at least 90 days between completion of briefing on any dispositive motion and the trial date. Therefore, the undersigned Magistrate

Judge lacks the authority to grant the relief that the parties seek.

For the reasons stated above, the parties' motions to extend pretrial deadlines (Docket Entry Nos. 61 and 64) are **DENIED** without prejudice to any party's right to file a motion seeking a continuance of the current trial date.

It is so **ORDERED**.

/s/   John S. Bryant
JOHN S. BRYANT
United States Magistrate Judge